618

708 A.2d 99

Robert L. THEYS, Petitioner,

v.

Jules PATT, Individually and the Patt Organization, Respondent.

Supreme Court of Pennsylvania.

May 5, 1998.

## ORDER

AND NOW, this 5th day of May, 1998, the Petition for Allowance of Appeal is GRANTED. The Order of the Superior Court is VACATED pursuant to *Jacobs v. Halloran*, —— Pa. ——, 710 A.2d 1098, (Pa.1998), and the matter is RE-MANDED to the Court of Common Pleas for proceedings consistent with our *Jacobs* decision.

SAYLOR, J., did not participate in the consideration or decision of this matter.